SPILLANE TRIAL GROUP PLC
Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
Cathrynne D. Dale (Bar No. 206513)
cdale@spillaneplc.com
Wendy Wang (Bar No. 283682)
wwang@spillaneplc.com
15260 Ventura Boulevard, Suite 2250
Sherman Oaks, California 91403-5338
(818) 205-1100
(888) 590-1683 (fax)

*Attorneys for Plaintiff and Counterclaim Defendant Josi W. Konski*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JOSI W. KONSKI, an individual, | Case No.: CV 13-02383-ABC (JCx) |
| Plaintiff, | **JOINT MOTION REGARDING AMENDED STIPULATED PROTECTIVE ORDER** |
| vs. | |
| DANISH FILM DIRECTORS, a Danish association; GABRIEL AXEL, an individual, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

1. The Parties to this action are currently in the process of producing documents and information during the course of discovery.

2. In order to protect confidential, proprietary, or private information in connection with discovery, on October 29, 2013 the Parties jointly agreed to a Stipulated Protective Order and filed it with the court requesting that the Court grant and enter the Stipulated Protective Order (Doc No. 26).

3. On November 4, 2013 the Court issued a minute order denying the Parties' request to approve the Stipulated Protective Order without prejudice (Doc No. 28) noting some deficiencies associated with the Stipulated Protective Order.  Pursuant to the Court's November 4, 2013 Order, the Parties were permitted to submit for court approval an amended proposed protective order.

4. Wherefore, the Parties have jointly agreed to an Amended Stipulated Protective Order, which is attached hereto as Exhibit A, and which remedies the deficiencies in the original stipulated protective order.

///

///

///

///

///

///

///

- 1 -

Joint Motion Regarding Amended Stipulated Protective Order – CV 13-02383-ABC (JCx)

5. In order to facilitate the sharing of information in connection with discovery, the Parties hereby jointly and respectfully request that the Court grant and enter the Amended Stipulated Protective Order.

DATED:  November 12, 2013          Respectfully submitted,

                                   SPILLANE TRIAL GROUP PLC


                                   By:  ____/s/ Jay Spillane_____
                                           Jay M. Spillane
                                           Wendy Wang

                                   *Attorneys for Josi W. Konski*

DATED:  November 12, 2013          Respectfully submitted,

                                   RIMON P.C.


                                   By:  ____/s/ Richard Mooney_____
                                           Richard Mooney

                                   *Attorneys for Danish Film Directors and Gabriel Axel*